In the Matter of the Claim of OTTO WENZEL, Appellant, against J. W. KIESLING & SON, INC., ARBUCKLE BROS., ÆTNA LIFE INSURANCE COMPANY, and SPECIAL FUND, ▌ STATE INSURANCE FUND, Respondents. STATE INDUSTRIAL BOARD, Respondent.— This is an appeal by claimant from a decision of the State Industrial Board, noticed October 8, 1938, disallowing his claim for further disability. Claimant was employed by J. W. Kiesling & Son, Inc., as a mechanic on elevators. On December 17, 1929, while lifting up a machine he sustained injuries to his back for which an award was made. On July 27, 1931, while working for the same employer he jumped off a window sill and had a recurrence of the back injury. He received an award for this disability. On January 2, 1935, while working for his present employers and while lifting boxes of coffee he asserted that he had a recurrence of his back injury. He testified: " This is the eighth case. I get always the same trouble." The medical testimony amply sustains the finding that claimant received no injury on January 2, 1935, for which he claims compensation. Decision unanimously affirmed.

In the Matter of the Claim of JOHN J. MULDERRY, Appellant, against COYLE WRECKING CORP., INC., Alleged Employer, and STATE INSURANCE FUND, Respondents. STATE INDUSTRIAL BOARD, Respondent.— The evidence sustains the finding that claimant was an independent contractor. (Matter of LaJeunesse v. Austin Organ Co., 250 N. Y. 591.) Decision affirmed. All concur, except Crapser, J., who dissents.

In the Matter of the Claim of ALEXANDER GIOIA, Respondent, against N. Y. BOTANICAL GARDENS, Employer, and STATE INSURANCE FUND, Appellant. STATE INDUSTRIAL BOARD, Respondent.— The claimant was employed as a fireman by the N. Y. Botanical Gardens. The Board found that while he was engaged in his regular employment, after fixing the fire in the furnace, he fell and struck his head on the concrete floor, which resulted in his injury. The claimant gave several versions of the accident and injury, the facts stated in one of which supports the finding of the Board. Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of FRANCES L. BANNAR, Respondent, against ROOT, NEAL & Co. and AMERICAN MUTUAL LIABILITY INSURANCE COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— This is an appeal by the employer and insurance carrier from an award and decision of the State Industrial Board. On April 17, 1937, Ralph W. Bannar, decedent herein, sustained the accidental injuries resulting in his death for which the award was made. At that time he was a traveling salesman in the employ of the employer-appellant, covering the district in which the accident occurred. The sole question presented to this court for review is whether the accident arose out of and in the course of decedent's employment. A question of fact is involved. The evidence sustained the award appealed from. Award unanimously affirmed, with costs to the State Industrial Board.